UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UMER SHAFIQ,

     Petitioner,

v.                                                                Case No.: 3:26-cv-571-MMH-SJH

MARKWAYNE MULLIN, et al.,

     Respondents.

_____

## **ORDER**

Through counsel, Petitioner, an immigration detainee, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 on March 16, 2026 (Doc. 1). He is proceeding on an Amended Petition (Doc. 6; Amended Petition) supported by an Amended Memorandum of Law (Doc. 7). Petitioner contends that Respondents violated the Immigration and Nationality Act, the Administrative Procedure Act, and the Fifth Amendment because they "have no lawful valid order of removal upon which to predicate Petitioner's detention and/or removal." Amended Petition at 7. He requests, inter alia, an order directing "Respondents not to deport Petitioner and [to] release him immediately." Id. at 8.

The Federal Respondents (Markwayne Mullin, Garrett Ripa, and John Doe) filed a Response in opposition to the Amended Petition (Doc. 16), and

Petitioner filed a counseled Reply (Doc. 17). Upon review of the parties' filings, the Court directed the Federal Respondents to file a supplemental response addressing two issues. See Order (Doc. 18). In their Supplemental Response (Doc. 24), the Federal Respondents "concede that the habeas [should] be granted." Id. at 1. They explain their position and conclude that "given the lack of legal authority to support an argument that the Petitioner's 2006 final order of removal is still valid and executable despite the plain language of 8 U.S.C. § 1101(g), the I-512L form, and the I-131 form instructions, the Federal Respondents[] no longer oppose habeas relief in this case." Id. at 3.

Accordingly, it is

**ORDERED**:

1.  The Amended Petition (Doc. 6) is **GRANTED**.

2.  Respondents shall release Petitioner **within 24 hours of this Order**, and they shall facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected.

3.  The **Clerk** shall enter judgment granting the Amended Petition, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of April, 2026.

MARCIA MORALES HOWARD
United States District Judge

2

3

JAX-3 4/2
c:
Counsel of Record